ACCEPTED
05-17-00737-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/5/2018 10:02 AM
LISA MATZ
CLERK



**FAITH JOHNSON**
**DALLAS COUNTY**
**DISTRICT ATTORNEY**

June 5, 2018

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

6/5/2018 10:02:28 AM
LISA MATZ
Clerk

Lisa Matz, Clerk
Fifth District Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202

Re:     Notice of the lead attorney representing the State of Texas in:
        *Ahere v. State, No. 05-17-00737-CR;* Trial court no. F15-76047-T

Dear Ms. Matz:

Be advised that I have been assigned to represent the State of Texas in the above referenced appeal. Please add my name, Larissa T. Roeder, as an attorney litigating this matter. Your consideration is greatly appreciated,

Respectfully submitted,

Larissa T. Roeder
Assistant Criminal District Attorney
State Bar No. 24010357
Dallas County, Texas
214/653-3636
Larissa.Roeder@dallascounty.org

cc:     Christian T. Souza
        Attorney for Appellant
        133 N. Riverfront Blvd., LB-2
        Dallas, Texas 75207-4399
        Via electronic service at: Christian.souza@dallascounty.org

**133 N. Riverfront Blvd.,  LB 19,  Dallas, Texas  75207-4399**          **[214] 653-3600**